UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COMAU, LLC, | Case No. 19-cv-12623 |
| Plaintiff, | Honorable Bernard A. Friedman |
| v. | Magistrate Judge Curtis Ivy, Jr. |
| BLUE CROSS BLUE SHIELD OF MICHIGAN, | |
| Defendant. | |

## STIPULATION AND ORDER OF DISMISSAL

The parties stipulate to the entry of an Order dismissing this matter with prejudice and without costs.

Stipulated for entry:

Dated: September 2, 2022

/s/Aaron M. Phelps (w/ permission)
Perrin Rynders (P38221)
Aaron M. Phelps (P64790)
Kyle P. Konwinski (P76257)
Chloe N. Cunningham (P83904)
Varnum LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI, 49501-0352
Phone: (616) 336-6000
Fax: (616) 336-7000
prynders@varnumlaw.com
amphelps@varnumlaw.com
kpkonwinski@varnumlaw.com
cncunningham@varnumlaw.com

*Attorneys for Plaintiff Comau, LLC*

Dated: September 2, 2022

/s/ Rebecca D. O'Reilly
Rebecca D'Arcy O'Reilly (P70645)
Sarah L. Cylkowski (P75952)
Samantha K. W. Van Sumeren (P82948)
Bodman PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 259-7777
roreilly@bodmanlaw.com
scylkowski@bodmanlaw.com
svansumeren@bodmanlaw.com

Kathleen L. Carlson
Elizabeth Y. Austin
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
tflint@sidley.com
kathleen.carlson@sidley.com
laustin@sidley.com

Michelle R. Heikka (P66122)
Blue Cross Blue Shield of Michigan
600 East Lafayette Blvd.
Detroit, MI 48226
Telephone: (313) 225-6541
MHeikka@bcbsm.com

*Attorneys for Defendant Blue Cross Blue Shield of Michigan*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COMAU, LLC, | Case No. 19-cv-12623 |
| Plaintiff, | Honorable Bernard A. Friedman<br>Magistrate Judge Curtis Ivy, Jr. |
| v. | |
| BLUE CROSS BLUE SHIELD OF MICHIGAN, | |
| Defendant. | |

## ORDER OF DISMISSAL

Having considered the parties' Stipulation to Dismiss, it is hereby ordered that all claims raised in this matter are dismissed with prejudice and without costs.

**IT IS SO ORDERED**.

s/Bernard A. Friedman
Hon. Bernard A. Friedman
Senior United States District Judge

Dated: September 2, 2022
Detroit, Michigan